# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| JEAN COULTER, | : No. 403 WAL 2014 |
| Petitioner | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| v. | : |
| | : |
| MARY SUZANNE RAMSDEN, STEPHANIE ANDERSON, RAPHAEL RAMSDEN & BEHERS, DENNIS MCCURDY, SUSAN LOPE, ELIZABETH SMITH, ROCHELLE GRAHAM, BUTLER COUNTY CHILDREN AND YOUTH SERVICES, AND THOMAS DOERR, | : |
| Respondents | : |

## ORDER

**PER CURIAM**

 **AND NOW**, this 10th day of December, 2014, the Petition for Allowance of Appeal is **DENIED**.